# United States Court of Appeals for the Federal Circuit

———————————

March 18, 2014

## ERRATA

———————————

Appeal No. 2013-5059

### U.S. HOME CORPORATION

**v.**

### UNITED STATES

Decided:  January 15, 2014
Nonprecedential Opinion

———————————

Please make the following change:

On page one, replace the nature of proceedings with the following:

Appeal from the United States Court of Federal Claims in No. 09-CV-0063, Judge Lynn J. Bush.